**Opinion issued July 12, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-10-00510-CR

————————————————

**RICHARD ROY HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Case No. 1247618**

---

## MEMORANDUM OPINION

A supplemental clerk's record complying with our order of abatement has been filed. Therefore, we order the appeal **reinstated.**

The supplemental clerk's record reflects that the trial court granted appellant's motion for new trial. The granting of a motion for new trial restores

the case to its position before the former trial. *See* Tex. R. App P. 21.9(b). No motion to withdraw the notice of appeal has been filed. *See* Tex. R. App. P. 42.2. However, the appeal was rendered moot by the order granting a new trial. *See* Tex. R. App. P. 21.9(b).

Accordingly, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).